AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:20-CV-728-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff WSOU Investments, LLC                                                                                          .

Date:     09/17/2020                                                         /s/ David M. Stein
                                                                               *Attorney's signature*

                                                              David M. Stein, TX 00797494 (admission pending)
                                                                       *Printed name and bar number*

                                                                               Brown Rudnick LLP
                                                                               2211 Michelson Drive
                                                                               Irvine, CA 92612

                                                                                     *Address*

                                                                          dstein@brownrudnick.com
                                                                                 *E-mail address*

                                                                                (949) 440-0231
                                                                              *Telephone number*

                                                                                (949) 486-3686
                                                                                  *FAX number*