# Exhibit C



Home / Aruba / Switches / FlexFabric / Access / HPE FlexFabric 5945 Switch Series

Search for Model:

User Settings | Language : English (US) | Currency : USD

1. Select a product
2. configure
3. Submit for quote

# HPE FlexFabric 5945 Switch Series

The HPE FlexFabric 5945 Switch Series are high-density, ultra-low-latency, and top-of-rack (ToR) switches ideally suited for deployment at the aggregation or server access layer of large enterprise data centers. The HPE 5945 is also powerful enough for deployment at the core layer of medium-sized enterprises. With the increase in virtualized applications and server-to-server traffic, custom…more

**PRODUCTS**     **LIST PRICE (Indicative)**

## Factory Integrated Models (CTO) - *Configured Components are integrated at the factory

### HPE FlexFabric 5945 32QSFP28 Switch (JQ077A) CTO

- 32 QSFP+/QSFP28 ports (min=0 \ max=32)
- 3 SFP Management Port (min=0 \ max=3)
- (1) HPE 58x0AF 650W AC Power Supply
- (5) HPE X711 Front (Port Side) to Back (Power Side) Airflow High Volume 2 Fan Tray
- 1U - Height

USD **51,813.00**    Configure

### HPE FlexFabric 5945 2-slot Switch (JQ075A) CTO

- 2 port expansion module slots
- 2 QSFP+/QSFP28 Management Port (min=0 \ max=2)
- (1) HPE 58x0AF 650W AC Power Supply
- (5) HPE X711 Front (Port Side) to Back (Power Side) Airflow High Volume 2 Fan Tray
- 1U - Height

USD **45,188.00**    Configure

### HPE FlexFabric 5945 48SFP28 8QSFP28 Switch (JQ074A) CTO

- 48 SFP/SFP+ ports (min=0 \ max=48)
- 8 QSFP+/QSFP28 ports (min=0 \ max=8)
- 1 SFP Management Port (min=0 \ max=1)
- Power Supplies: (2) HPE 58x0AF 650W AC Power Supply
- Fan Trays: (5) HPE X712 Back (Power Side) to Front (Port Side) Airflow High Volume 2 Fan Tray
- 1U - Height

USD **45,748.00**    Configure

### HPE FlexFabric 5945 4-slot Switch (JQ076A) CTO

- 4 port expansion module slots
- 1 SFP Management Port (min=0 \ max=1)
- Power Supplies: (2) HPE 58x0AF 650W AC Power Supply
- Fan Trays: (2) HPE 5930 4-slot Back (Power Side) to Front (Port Side) Airflow Fan Tray
- 2U - Height

USD **47,128.00**    Configure

## Other Options

→ Upload and open config file

BROWSE FOR HPC FILE

→ Email support

→ Search for an existing configuration    Edit Configuration Id

→ Product Information Library

United States

| Corporate | Partners | Social | Communities | Customer Resources | Legal |
|---|---|---|---|---|---|
| About HPE | Partner Programs | LinkedIn | HPE Blogs and Forum | How to buy | Privacy |
| Accessibility | Find a Partner | Facebook | | Enterprise Store | Terms of Use |
| Careers | | Twitter | | Public Sector Store | Ad Choices & Cookies |
| Contact Us | | YouTube | | Education and Training | Do Not Sell My Personal Information |
| Corporate Responsibility | | | | Email Signup | |
| Events | | | | Executive Briefing Centers | Supply Chain Transparency |
| Hewlett Packard Labs | | | | | |
| Investor Relations | | | | Look up old HP.com URL | |
| Leadership | | | | | |
| Newsroom | | | | | |
| Public Policy | | | | | |
| Sitemap | | | | | |

© Copyright 2020 Hewlett Packard Enterprise Development LP

