# Exhibit D

Title: 15 Hewlett Packard Enterprise jobs in Austin, Texas, United States
Link: https://www.linkedin.com/jobs/search?keywords=Hewlett Packard Enterprise&location=Austin, Texas, United States&redirect=false&position=1&pageNum=0
Captured: Tuesday, August 11, 2020 09:03:55



LinkedIn | Jobs | Hewlett Packard Enterprise | Austin, Texas, United States | Join now | Sign in

Most relevant | Any Time | 25 mi (40 km) | Company | Location | Job Type | More Filters

Turn on job alerts Off

15 Results for "Hewlett Packard Enterprise in Austin, Texas, United States"

Supplier Relationship Manager
Hewlett Packard Enterprise
Austin, TX
2 weeks ago

Integration Fabric - Developer
Hewlett Packard Enterprise
Austin, TX
6 days ago

DEVOPS Emerging Technologies Lead
Hewlett Packard Enterprise
Austin, TX
2 weeks ago

Next Gen Quoter IT Technical Developer
Hewlett Packard Enterprise
Austin, TX
2 months ago

US Tax IT lead
Hewlett Packard Enterprise
Austin, TX
6 days ago

SAP ABAP Analyst/Developer (Graduate)
Hewlett Packard Enterprise
Austin, TX
3 months ago

Network Software Engineer - Application Security
Hewlett Packard Enterprise
Austin, TX
2 months ago

DEVOPS Engineer
Hewlett Packard Enterprise
Austin, TX
3 weeks ago

Next Gen Config IT Technical Developer
Hewlett Packard Enterprise
Austin, TX
2 months ago

SAP S/4 HANA and GRC Lead

## Supplier Relationship Manager

Hewlett Packard Enterprise · Austin, TX

2 weeks ago · 60 applicants

See who Hewlett Packard Enterprise has hired for this role

Apply on company website

Responsible for Supplier Relationship Management development and delivery across HPE:

Includes setting category and supplier strategies; supply base development to

Show more

Seniority level
**Not Applicable**

Employment type
**Full-time**

Job function
**Sales, Business Development**

Industries
**Information Technology and Services, Nonprofit Organization Management, Management Consulting**

Referrals increase your chances of interviewing at Hewlett Packard Enterprise by 2x

See who you know



Hewlett Packard Enterprise
Austin, TX
6 days ago

DevOps Solution Architect
Hewlett Packard Enterprise
Austin, TX
3 months ago

PROS IT Technical Developer
Hewlett Packard Enterprise
Austin, TX
2 months ago

SFDC IT Developer
Hewlett Packard Enterprise
Austin, TX
2 months ago

Senior SAP ABAP FICO Developer
Hewlett Packard Enterprise
Austin, TX
6 days ago

Order Capture IT Technical Developer
Hewlett Packard Enterprise
Austin, TX
2 months ago

You've viewed all jobs for this search

More searches

LinkedIn © 2020 About Accessibility User Agreement Privacy Policy Cookie Policy Copyright Policy Brand Policy Guest Controls Community Guidelines Language