**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, | § § § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO. 6:20-cv-728-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY, | § § § § | |
| Defendant. | § § § § § | |

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Defendant Hewlett Packard Enterprise Company ("Defendant") files this Unopposed Motion for Extension of Time to Respond to Second Amended Complaint and respectfully shows the following:

Plaintiff WSOU Investments, LLC filed its Second Amended Complaint on August 25, 2021 (Dkt. No. 54), adding a new party several months after the deadline to add parties on June 16, 2021. Plaintiff has not yet sought leave to file an amended complaint adding a new party. If Plaintiff had been granted leave to file its Second Amended Complaint, Defendant's current response deadline would be September 8, 2021. As this date is imminent, Defendant provisionally requests an extension to make its response due on or before September 15, 2021. Good cause exists for this extension because of the inchoate status of the Second Amended Complaint. Counsel for Defendant conferred with counsel for Plaintiff, who stated that Plaintiff does not oppose Defendant's request for an extension.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an

order extending the deadline for Defendant to answer or otherwise respond to the Complaint to

September 15, 2021 in the event the Court permits Plaintiff to file its Second Amended Complaint.

Date: September 8, 2021                              Respectfully submitted,


                                                     By: */s/ Barry K. Shelton*
Michael R. Franzinger                                Michael D. Hatcher
SIDLEY AUSTIN LLP                                    SIDLEY AUSTIN LLP
1501 K Street, N.W.                                  2021 McKinney Avenue, Suite 2000
Washington, D.C. 20005                               Dallas, TX 75201
Telephone:  (202) 736-8000                           Telephone:  (214) 981-3300
Facsimile:  (202) 736-8711                           Facsimile:  (214) 981-3400
mfranzinger@sidley.com                               mhatcher@sidley.com

                                                     Barry K. Shelton
                                                     Texas State Bar No. 24055029
                                                     SHELTON COBURN LLP
                                                     311 RR 620, Suite 205
                                                     Austin, TX 78734-4775
                                                     Telephone: (512) 263-2165
                                                     Facsimile: (512) 263-2166
                                                     bshelton@sheltoncoburn.com

                                                     **ATTORNEYS FOR DEFENDANT
                                                     HEWLETT PACKARD ENTERPRISE
                                                     COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on all counsel of record via the Court's ECF system.

/s/ *Barry K. Shelton*
Barry K. Shelton
