# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § § §  CIVIL ACTION NO. 6:20-cv-728-ADA |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT

This Court, having considered Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to September 29, 2021.

SIGNED this _____ day of September 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE