**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Civil Action No.  6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00730-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING BRAZOS'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO HPE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP 12(B)(1)**

The Court, having considered plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos")'s Unopposed Motion for Leave to File Sur-reply in Opposition to HPE's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP 12(b)(1), hereby orders that the MOTION is GRANTED.

Brazos is hereby authorized to file the Sur-Reply that was provided with its motion.

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE