UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case Nos.  6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00729-ADA<br>6:20-cv-00730-ADA<br>6:20-cv-00783-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Hewlett Packard Enterprise Company ("HPE") (collectively, the "Parties")'s Joint Motion to Amend Scheduling Order. The Court, having considered the motion, finds that the Motion should be GRANTED.

It is, therefore, ORDERED that the following schedule will govern deadlines up to and including the trial in this matter:

| Deadline | Item |
|---|---|
| 12/3/2021 | Deadline for first meet and confer to narrow the number of claims asserted and prior art references at issue |
| 3/16/2022 | Close of Fact Discovery |
| 3/23/2022 | Opening Expert Reports |
| 4/20/2022 | Rebuttal Expert Reports |
| 5/11/2022 | Close of Expert Discovery |
| 5/18/2022 | Deadline for second meet and confer to discuss narrowing of claims asserted and prior art references at issue to triable limits. |
| 5/25/2022 | Dispositive Motion Deadline |

| Deadline | Item |
|---|---|
| 6/8/2022 | Serve Pretrial Disclosures |
| 6/22/2022 | Objections/Rebuttal Disclosures |
| 6/29/2022 | Objections to Rebuttal disclosures and file Motions *in Limine* |
| 7/6/2022 | File joint pretrial order and pretrial submissions; file oppositions to motions in *limine* |
| 7/13/2022 | Deadline for request of transcript; deadline to meet and confer regarding remaining objections and disputes on motions in limine |
| 7/20/2022 | Joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| 7/27/2022 | Final Pretrial Conference |
| 8/22/2022 | Jury Selection / Trial |

Signed this 10th day of January, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE