UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT,

        Plaintiff,

v.

HEWLETT PACKARD ENTERPRISE COMPANY,

        Defendant.

Civil Action No. 6:20-cv-00728-ADA

JURY TRIAL DEMANDED

## WSOU INVESTMENTS, LLC D/B/A
## BRAZOS LICENSING AND DEVELOPMENT'S NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff

WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") by and through

its undersigned counsel, hereby dismisses this action as to defendant Hewlett Packard Enterprise

Company voluntarily and without prejudice by filing this Notice of Dismissal with the Clerk of

the Court before service by Defendant of an answer or a motion for summary judgment.

        Respectfully submitted,

Dated: March 15, 2022

        */s/ Raymond W. Mort, III*
        Raymond W. Mort, III
        Texas State Bar No. 00791308
        raymort@austinlaw.com
        Zachary H. Ellis
        Texas State Bar No. 24122606
        THE MORT LAW FIRM, PLLC
        100 Congress Avenue, Suite 2000
        Austin, Texas 78701
        tel/fax: (512) 677-6825

        Sarah G. Hartman
        California State Bar No. 281751

shartman@brownrudnick.com
David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:   (949) 752-7100
facsimile:   (949) 252-1514

Timothy J. Rousseau
New York Bar No. 4698742
trousseau@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:   (212) 209-4800
facsimile:      (212) 209-4801

Edward J. Naughton
Massachusetts Bar No. 600059
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
Massachusetts Bar No. 666860
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone:   (617) 856-8200
facsimile:   (617) 856-8201

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*