**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | No. 6:20-cv-00728-ADA |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal filed by plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and defendant Hewlett Packard Enterprise Company ("HPE"). The Court is of the opinion that the Stipulation of Dismissal should be and hereby in ENTERED. It is therefore ORDERED that all claims asserted by Brazos against HPE are dismissed with prejudice. It is further ORDERED that each party be taxed its own costs of court, expenses, and attorneys' fees, and the Clerk of Court is directed to close the above case.

Signed this 25th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE